**1053 LAMOREAUX vs. ATTORNEY GENERAL, No. 12102, 89 M., 146.**

To compel respondent to file an information in the nature

of a quo warranto to determine the right to hold the office of sheriff of Kent county.

Denied December 21, 1891, with costs.